# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RYAN MICHAEL NANCARROW, | |
| *Plaintiff,* | No. 3:18-cv-11079 |
| v. | |
| | Hon. Robert H. Cleland |
| NANCY A. BERRYHILL, | United States District Judge |
| Acting Commissioner of the | |
| Social Security Administration, | Hon. Stephanie Dawkins Davis |
| | United States Magistrate Judge |
| *Defendant*. | |

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: January 10, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 10, 2019, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522